479 A.2d 1117

Garcia, Appellant, v. Keystone Insurance Co.

Petition for Allowance of Appeal
Denied April 9, 1985.

Submitted June 19, 1984.   Anthony J. Seneca, for appellant;  Peter B. Skeel, for appellee.

Before TAMILIA, JOHNSON and MONTGOMERY, JJ.

Order affirmed.